Simon Altman, Appellee, v. Paul A. Corso, Trading as Royal Smart Shoe Company, Appellant.

Gen. No. 41,448.

opinion filed January 21, 1941. Freeman & Freeman, for appellant; Earl Freeman, of counsel; Turner, Kaplan & Turner, for appellee; Maurice Turner, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''